**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH FALSON,

                              Plaintiff,

           -against-

BPP ST OWNER LLC, et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 25 2021

ORDER

20 Civ. 10816 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on March 2, 2021 is hereby cancelled.

Dated: February 25, 2021
       New York, New York

                              SO ORDERED.

                              _George B. Daniels_
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE