UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH FALSON,

                     Plaintiff,

-against-

BPP ST OWNER LLC, et al.,

                     Defendants.

------------------------------------- x

ORDER

20 Civ. 10816 (GBD)

GEORGE B. DANIELS, District Judge:

The pretrial conference scheduled for October 12, 2021 is hereby cancelled. This Court will hear oral argument on Defendants' motion to dismiss, (ECF No. 14), on November 30, 2021 at 11:00 a.m.

Dated: October 5, 2021
       New York, New York

SO ORDERED.

*(signed)*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE