**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

JOSEPH FALSON,

                Plaintiff,

  -against-

                                                   ORDER

BPP ST OWNER LLC, et al.,

                                                   20 Civ. 10816 (GBD)

                Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The pretrial conference scheduled for October 3, 2022, is hereby cancelled.

Dated: September 13, 2022
       New York, New York

                                                       SO ORDERED.

                                                        */s/ George B. Daniels*
                                                     GEORGE B. DANIELS
                                                     UNITED STATES DISTRICT JUDGE