USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH FALSON,

                              Plaintiff,

          -against-

LIEUTENANT BRENDAN BARRIE, et al.,

                              Defendants.
------------------------------------------------------------------X

**20-CV-10816 (GBD) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court previously scheduled an Initial Case Management Conference in this matter for Wednesday, February 22, 2023 at 10:30 a.m. (ECF No. 42.) The day before the scheduled conference, the Court sent a reminder to counsel regarding the Conference. Counsel for Defendants appeared at the Conference, but counsel for Plaintiff failed to appear. The Court contacted counsel for Plaintiff by telephone and waited for twenty minutes, but no counsel appeared on Plaintiff's behalf. By **Wednesday, March 1, 2023**, counsel for Plaintiff shall file a letter stating the reason for failing to appear at the Court-ordered Conference.

       **SO ORDERED.**

DATED:       New York, New York
                     February 22, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge