USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH FALSON,

                                 Plaintiff,                             **20-CV-10816 (GBD) (KHP)**

            -against-

                                                                       **ORDER**

LIEUTENANT BRENDAN BARRIE, et al.,

                                 Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 24, 2023, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

    **Pleadings, Parties, and Motions.** The parties shall have until **Wednesday, May 24, 2023** to amend the pleadings and join parties. No further amendments or joinder of parties thereafter absent good cause.

    **Discovery.** The deadline to complete all discovery is **Friday, November 24, 2023.** Plaintiff shall provide Defendants with his medical authorizations by **Monday, May 8, 2023**.

    **Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

    **Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

    **Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this

responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, Fischer v. Forrest*, 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter.**  On **Wednesday, May 24, 2023**, the parties shall file a joint status letter updating the Court on the status of discovery.

**Settlement Conference.**  A settlement conference is scheduled for **Wednesday, August 2, 2023 at 10:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  The seven individual defendants are excused from attending the conference, but a representative of the insurer and a representative from Stuytown must attend the conference.  Corporate parties must send the person with decision making authority to settle the matter to the conference.

The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **Friday, July 28, 2023** by 5:00 p.m.

        **SO ORDERED.**

DATED:    New York, New York
             April 25, 2023

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge