```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH FALSON,

                              Plaintiff,

          -against-

BPP ST OWNER LLC, et al.,

                              Defendants.
-----------------------------------------------------------------X

20-CV-10816 (GBD) (KHP)

ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement status telephone conference in this matter is hereby scheduled for **Monday, December 18, 2023, at 10:00 a.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

        **SO ORDERED.**

DATED:    New York, New York
               December 13, 2023

                                                     *[signature]*
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge