USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSEPH FALSON,

                         Plaintiff,

       -against-

BPP ST OWNER LLC, et al.,

                         Defendants.

-----------------------------------------------------------------X

20-CV-10816 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously directed the parties to submit by February 26, 2024, either a notice of dismissal or a status letter updating the Court on the status of finalizing the settlement. The parties did not submit either item by the deadline and still have not done so. The deadline for the parties to submit either a notice of dismissal or a status letter updating the Court on the status of finalizing the settlement is extended *sua sponte* and *nunc pro tunc* to **Thursday, March 14, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
             March 11, 2024

                                                          _____
                                                      KATHARINE H. PARKER
                                                    United States Magistrate Judge